UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHH MORTGAGE CORPORATION,

                  Plaintiff,

           -against-

KENNETH G. MARTIN, JR, et al.,

                Defendants.

25-CV-10616 (JGLC)

**<u>ORDER</u>**

JESSICA G. L. CLARKE, United States District Judge:

The parties who have appeared in this action have timely filed a proposed consent to jurisdiction by US Magistrate Judge. ECF No. 24. However, the form is not signed by all parties in this action. In particular, the form was not signed by New York State Affordable Housing Corporation, New York State Department of Taxation and Finance, and the John Doe Defendants, who have not appeared at all in this action. As such, Magistrate Judge McCarthy would not be permitted to adjudicate this action as to New York State Affordable Housing Corporation, New York State Department of Taxation and Finance, and the John Doe Defendants. *See, e.g.*, *Sampson v. Sarah Lawrence College*, No. 18-CV-7518, 2023 WL 2992488, at \*1 (S.D.N.Y. March 10, 2023).

Plaintiff shall file a letter by April 9, 2026, indicating whether it intends to continue this action against New York State Affordable Housing Corporation, New York State Department of Taxation and Finance, and the John Doe Defendants. If so, Plaintiff shall indicate whether it consents to severing the action against New York State Affordable Housing Corporation, New York State Department of Taxation and Finance, and the John Doe Defendants, so that the undersigned can maintain the non-consented to portion of this action.

1

If Plaintiff seeks to maintain New York State Affordable Housing Corporation, New York State Department of Taxation and Finance, and the John Doe Defendants as Defendants and does not wish to have the case severed, the Court will deny the parties' proposed consent and will refer the matter to Judge McCarthy for general pretrial management. *See Ideavillage Products Corp. v. Antiker*, No. 20-CV-4681, 2021 WL 1987382, at *2 (S.D.N.Y. May 17, 2021).

Additionally, the conference previously scheduled in this matter for April 8, 2026, at 11:00 a.m., is **canceled**.

Dated: April 2, 2026
      White Plains, New York

SO ORDERED.

JESSICA G. L. CLARKE
United States District Judge

2